**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Smart Systems Innovations, LLC   v.   Chicago Transit Authority

No. 16-1233

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☒ As counsel for: Smart Systems Innovations, LLC
Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant

☒ Appellant   ☐ Appellee   ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

Name: Sherman Kahn
Law Firm: Mauriel Kapouytian Woods LLP
Address: 15 W. 26th Street, Seventh Floor
City, State and Zip: New York, NY 10010
Telephone: (212) 524-9309
Fax #: (212) 529-5132
E-mail address: skahn@mkwllp.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 6/97

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date December 4, 2015   Signature of pro se or counsel /s/ Sherman Kahn

cc: _____

Reset Fields

# CERTIFICATE OF SERVICE

I certify that on this 4th day of December, 2015, a true and correct copy of this Entry of Appearance (for Sherman Kahn) was filed using the CM/ECF system and served on the parties of record as indicated below:

| | |
|---|---|
| David E. Siporia<br>Kilpatrick Townsend & Stockton LLP<br>Suite 600, 1400 Wewatta Street<br>Denver, CO, 80202 | Via ECF and Electronic Mail |
| Kristopher L. Reed<br>Kilpatrick Townsend & Stockton LLP<br>Suite 600, 1400 Wewatta Street<br>Denver, CO, 80202 | Via Electronic Mail |
| Heath Roettig<br>Kilpatrick Townsend & Stockton LLP<br>Suite 600, 1400 Wewatta Street<br>Denver, CO, 80202 | Via Electronic Mail |

/s/Marc J. Pernick
Marc J. Pernick